# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARK ANDERSON,** | } | |
| **Plaintiff,** | } } } | |
| v. | } } | Case No.: **2:08-CV-866-RDP** |
| **GLOBAL CREDIT & COLLECTIONS CORPORATION,** | } } } } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this    17th    day of July, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE